UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVIS JOHN PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-CV-496 SRW |
| ) | |
| MARTIN O'MALLEY, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On October 30, 2024, Plaintiff Travis John Pitts filed an Application for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 15. In the motion, Plaintiff requests he be awarded $7,824.16, representing 31.6 hours of attorney work at $247.60 per hour, along with a refund of the $405.00 filing fee advanced. On November 5, 2024, the Commissioner filed a response indicating, "After discussions with Plaintiff's counsel, Plaintiff and Defendant have agreed to an award of EAJA fees and expenses in the amount of $7,000," not including the $405.00 filing fee. ECF No. 16. No reply has been filed by Plaintiff.

The Court has an independent duty to review the reasonableness of an EAJA award. *See* 28 U.S.C. § 2412(d)(2)(A) (requiring the Court to find that attorney's fees in excess of $125.00 per hour are justified by an increase in the cost of living or a special factor such as the limited availability of qualified attorneys). Because Plaintiff has not filed a reply to the Commissioner's assertion of a lower award, the Court will direct him to file a statement as to whether he does, in fact, consent to the reduced amount and include a revised calculation of fees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a reply on or before December 13, 2024. The reply should indicate whether Plaintiff consents to the reduced amount and include a revised calculation of fees.

So Ordered this 2nd day of December, 2024.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE